District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER ACOSTA PEREZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 2:26-cv-03056-TMC

JOINT MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER

Noted for Consideration:
August 28, 2026

Petitioner and Federal Respondents move the Court for an order allowing the withdrawal of Petitioner's Motion for Temporary Restraining Order ("TRO"), filed August 27, 2026. Dkt. No. 3. Federal Respondents have confirmed that Petitioner is located at the Northwest ICE Processing Center ("NWIPC"). Pursuant to this Court's Scheduling Order (Dkt. No. 8), Federal Respondents must give 48 or 72 hours' notice prior to any transfer out of the District. If Federal Respondents provide notice of a future transfer or removal, Petitioner may again seek emergency injunctive relief.

DATED this 31st day of August, 2026.

Respectfully submitted,

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: 253-482-3824
Email: michelle.lambert@usdoj.gov

I certify that this memorandum contains 87 words, in compliance with the Local Civil Rules.

*Attorney for Federal Respondents*

*s/ Emma Rekart*
EMMA REKART
Federal Public Defender's Office
1601 5th Avenue, Suite 700
Westlake Center Office Tower
Seattle, WA 98101
Phone: 206-665-2304
Email: emma_rekart@fd.org

*Attorney for Petitioner*

## ORDER

The parties having stipulated and agreed, it is hereby so **ORDERED**. The TRO is withdrawn. Dkt. No. 3.

DATED this 31st day of August, 2026

TIFFANY M. CARTWRIGHT
United States District Judge